In the Matter of REYNALD GONZALEZ, Respondent, v DIANE E. HUNTER, Appellant. (And Two Other Proceedings.)

Submitted March 28, 2016; decided June 2, 2016

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the Family Court order dismissing the violation petition, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of JEREMIAH J.W. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TIONNA W., Appellant.

Submitted April 4, 2016; decided June 2, 2016

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; 2103 [b] [2]).

In the Matter of JULIO O. and Others, Children Alleged to be Neglected. LATISHYA H., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent.

Submitted April 4, 2016; decided June 2, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.